IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| EDUARDO AND CARMEN AMORIN, *et al.*, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>              v.<br><br>TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD., *et al.*,<br><br>    Defendants. | Case No. 1:11-CV-22408-MGC |

**CLASS COUNSEL'S MOTION AND INCORPORATED MEMORANDUM OF LAW TO ENFORCE JUDGMENT AWARDING COMMON BENEFIT COUNSEL 45% OF THE TOTAL FEES (PAID BY BOTH TAISHAN AND CLIENTS) RECEIVED BY INDIVIDUAL COUNSEL FROM THE FLORIDA INDIVIDUAL SETTLEMENT (ECF NO. 408)**

Class Counsel hereby file this motion and incorporated memorandum of law to enforce the Court's Order awarding common benefit counsel 45% of the fees earned by the individual attorneys from the Florida Individual Settlement ("FIS") (ECF No. 408). According to the individual counsel involved,[1] this award totals $5,832,950.95 (without interest). Now that the Eleventh Circuit has issued a mandate affirming the Court's fee award (ECF No. 452), the time is ripe for the MDL Court to allocate the awarded fees pursuant to the procedure established by Judge Fallon in the MDL and agreed-to by the parties.

---

[1] Individual Counsel involved in the FIS include: Jimmy R. Faircloth, Jr.; Jerry Parker; Mark Milstein; Daniel Bryson; Gary E. Mason; Gregory S. Weiss; C. David Durkee; and Ben Gordon.

Class Counsel have requested that individual counsel deposit the awarded fees into the MDL Court's registry for allocation by Judge Fallon, but they have refused to do so, despite the fact that no stay of the mandate was requested or granted. Individual counsel contend that because the awarded fees are being held in their firms' escrow accounts, the monies are secure, and there is no need to transfer the funds to the MDL while their contemplated petition for a writ of certiorari is considered by the Supreme Court. However, since the mandate has issued and no stay was requested or granted, common benefit counsel are entitled to seek without delay distribution of the fees they have been awarded. The conduct of individual counsel is impeding those lawful efforts. Therefore, this Court's intervention is required to force the individual attorneys involved with the FIS to comply with this Court's Order.

The parties to this fee dispute agreed to a two-step process for awarding common benefit fees. First, a petition for common benefit fees would be filed before this Court. Second, Judge Fallon would allocate those fees in the MDL among eligible fee applicants. The parties stipulated that the individual attorneys to the FIS would file a motion in the MDL to lift PTO 32 governing distribution of proceeds from the resolution of remanded actions and request an order of Judge Fallon "recognizing that Judge Cooke has jurisdiction over a request by Class Counsel for an award of Common Benefit Costs and/or Fees out of the Florida Individual Settlement funds,[ ] but that Judge Fallon retains jurisdiction to allocate any such award between and among the individual Common Benefit Attorneys who have submitted time and/or

expenses in accordance with PreTrial Order No. 9 in MDL No. 2047.[ ]" (ECF No. 320-7 at 2 (fns. omitted)). In other words, the parties contemplated and expressly agreed that the process for awarding common benefit fees to common benefit counsel out of the proceeds of the FIS would involve multiple steps and coordination between both this Court and Judge Fallon. In accordance with their agreement, the Individual Attorneys filed an unopposed motion to lift PTO 32, which Judge Fallon granted. *See* Order (MDL R. Doc. 22289), attached hereto as Exhibit "A."

On May 22, 2020, following extensive briefing on the issue of common benefit fees, this Court ruled that common benefit counsel are entitled to 45% of the fees earned by the individual attorneys from the FIS. Individual Counsel appealed this Order to the Eleventh Circuit, which affirmed on June 9, 2021. Following denial of the Individual Counsel's motion for rehearing and rehearing *en banc*, the Eleventh Circuit by mandate entered its June 9, 2021 opinion as a judgment of the Court (ECF No. 452). No stay of the mandate was requested or granted.

Class Counsel have requested that Individual Counsel transfer the awarded fees to the MDL Court's registry for allocation, but they refuse to do so absent an Order of the Court. The Fee and Allocation Committee ("FAC") appointed by Judge Fallon has moved to allocate those fees *pro rata* according to the MDL Court's previous allocation order of common benefit fees from the Global Taishan Settlement. *See* FAC Motion to Allocate Common Benefit Fees, attached hereto as Exhibit "B." Individual Counsel's refusal to transfer the awarded funds to the MDL impedes the rights of

3

common benefit counsel to achieve allocation of the monies awarded to them. This Court's intervention is, therefore, necessary.

For the reasons stated herein, an Order of the Court is required to force Individual Counsel to comply with the Court's fee Order and transfer the awarded funds to the MDL Court's registry.

### CERTIFICATION OF PRE-FILING CONFERENCE PURSUANT TO S.D. FLA. L.R. 7.1(A)(3)

Class Counsel have engaged in extensive discussions with Individual Counsel in a good faith effort to resolve the issues raised in this motion but have been unable to do so.

Dated: August 19, 2021   Respectfully submitted,

/s/ Patrick S. Montoya, Esq.
Patrick Shanan Montoya
Fla. Bar No. 0524441
Email: Patrick@colson.com
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL  33134-2351
Telephone:  (305) 476-7400
Facsimile:  (305) 476-7444
*Interim Lead Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Southern District of Florida by using the CM/ECF System, which will send a notice of electronic filing on this 19th day of August, 2021.

                                                /s/ Patrick S. Montoya, Esq.
                                                Patrick Shanan Montoya
                                                Fla. Bar No. 0524441
                                                Email: Patrick@colson.com
                                                Colson Hicks Eidson
                                                255 Alhambra Circle, PH
                                                Coral Gables, FL  33134-2351
                                                Telephone:  (305) 476-7400
                                                Facsimile:  (305) 476-7444
                                                *Interim Lead Counsel for Plaintiffs*